NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY (Cal. Bar No. 73493)
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5421
    Facsimile: (213) 894-0142
    E-mail: Brent.Whittlesey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$106,880.00 IN U.S. CURRENCY,<br><br>        Defendant. | No. 2:20-CV-9836<br><br>VERIFIED COMPLAINT FOR FORFEITURE<br><br>21 U.S.C. § 881(a)(6)<br><br>[DEA] |

Plaintiff United States of America brings this claim against defendant $106,880.00 in U.S. Currency, and alleges as follows:

JURISDICTION AND VENUE

1. This is an *in rem* civil forfeiture action brought pursuant to 21 U.S.C. § 881(a)(6).

2. This Court has jurisdiction over the matter pursuant to 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395.

## PERSONS AND ENTITIES

4. The plaintiff in this action is the United States of America.

5. The defendant in this action is $106,880.00 in U.S. Currency (i.e. the "defendant currency") seized by law enforcement officers from a personal residence located in Long Beach, California 90802 ("Apt. 2") on May 7, 2020.

6. The defendant currency is currently in the custody of the United States Marshals Service in this District, where it will remain subject to this Court's jurisdiction during the pendency of this action.

7. The interests of Yojasi Lomas ("Yojasi") and Anakarem Lomas ("Anakarem") may be adversely affected by these proceedings.

## FACTS SUPPORTING FORFEITURE

8. On May 7, 2020, during the course of an ongoing investigation, Drug Enforcement Administration ("DEA") agents began conducting surveillance on a residence in Long Beach, California ("Apt.1"). Agents observed Gerardo Lujan Ramirez ("Ramirez") transport a weighted suitcase from Apt. 1 to an attached parking garage and meet with Yojasi while Yojasi occupied a silver Nissan bearing California license plate number 7JEJ662 ("Nissan").

9. Fontana Police Department ("FPD") officers approached Ramirez and Yojasi and advised both men that the officers were conducting a narcotics related investigation.

10. Ramirez consented to a search of the weighted suitcase transported from Apt. 1.

2

11. Approximately $397,980.00 in U.S. currency was in the weighted suitcase.

12. Yojasi consented to a search of the Nissan.

13. Three cellular phones and $2,630.00 in U.S. currency were inside a gray backpack located on the front passenger seat of the Nissan.

14. The result of the searches on the weighted suitcase and the Nissan provided cause for the agents to obtain a search warrant for Apt. 1.

15. Pursuant to the search of Apt. 1, approximately $446,410.00 in U.S. currency was inside a bright colored suitcase, two electronic money counters were inside a black suitcase, $120,850.00 in U.S. currency was inside a black bag, and pieces of paper believed to be "pay and owe" sheets were located inside Apt. 1.

16. As a continuance of the surveillance, FPD officers set up surveillance at Yojasi's last know residence ("Apt. 2").

17. A black BMW bearing California license plate 7ZOj081, occupied by Anakarem was parked towards the rear of Apt. 2.

18. Anakarem gave FPD officers verbal consent to search Apt. 2.

19. During the search of Apt. 2, officers found a black plastic bin. Inside the black plastic bin, there was a white plastic grocery bag containing a large amount of U.S. currency later determined to be the defendant currency. Some of the defendant currency was rubber banded in small separate stacks and then bundled into a large stack and rubber banded on each end. Some of the defendant currency was in a larger stack and rubber banded on each end.

20. The currency was bundled in at least ten separate smaller stacks with rubber bands on each end, some of which was then bundled

into a larger stack and, again, rubber banded on each end of the bundle which is consistent with narcotics traffickers storing and/or transporting currency.

CLAIM FOR RELIEF

29. Based on the above, plaintiff alleges that the defendant currency represents or is traceable to proceeds of illegal narcotic trafficking or was intended to be used in one or more exchanges for a controlled substance or listed chemical, in violation of 21 U.S.C. § 841 et seq. The defendant currency is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, plaintiff United States of America prays:

(a) that due process issue to enforce the forfeiture of the defendant currency;

(b) that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c) that this Court decree forfeiture of the defendant currency to the United States of America for disposition according to law; and

1      (d)  for such other and further relief as this Court may deem
2 just and proper, together with the costs and disbursements of this
3 action.

4  DATED: October 27, 2020          NICOLA T. HANNA
                                    United States Attorney
5                                   BRANDON D. FOX
                                    Assistant United States Attorney
6                                   Chief, Criminal Division
                                    STEVEN R. WELK
7                                   Assistant United States Attorney
                                    Chief, Asset Forfeiture Division
8

9                                     /s/ *Brent A. Whittlesey*
                                    BRENT A. WHITTLESEY
10                                  Assistant United States Attorney
                                    Asset Forfeiture Section
11
                                    Attorneys for Plaintiff
12                                  UNITED STATES OF AMERICA

5

VERIFICATION

I, Bradley Ubovich, hereby declare that:

1. I am a Task Force Officer with the U.S. Drug Enforcement Administration.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed OCTOBER 26, 2020 in Los Angeles, California.

BRADLEY UBOVICH
Task Force Officer
U.S. Drug Enforcement
Administration